1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2  Name: __Dyer_____  __Jewel_____  __E__
           (Last)           (First)        (Middle Initial)

4  Prisoner Number: __a#20559__

5  Institutional Address: __951 Low Gap Rd__
   __Ukiah CA 95482__

FILED
JUL - 6 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

__Jewel Everen Dyer__
(Enter your full name.)

vs.
Mendocino County Jail — official & Individual capacity
Timothy Pearce, captain, M.C.J. official & Individual
Suzanne Spillner, nurse, C.F.M.G. official & Individual
CALIFORNIA FORENSIC MEDICAL GROUP official & Individual
NAPH-CARE official & Individual
Doe's 1-10
(Enter the full name(s) of the defendant(s) in this action.)

Case No. __CV 18 4052 JD__
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983, 1981, 1985, 1987** (PR)

☑ Demand 12 Person Jury Trial.

**I. Exhaustion of Administrative Remedies.**

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __Mendocino County Jail 951 Low Gap Rd__

B. Is there a grievance procedure in this institution?  YES ☑   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☑   NO ☐   Jones v. Bock, 549 U.S. 199 (2007) says: admin. Relief is not required pursuant to "futility doctrine" Plaintiff seeks summary Judicial notice to Case No. 17-cv-02640-NJV

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: __C.B. 1270   12-27-16   Denied__

__Deputies refuse to give form__

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: C.B. 1270, 2752  12-28-16. Denied

Deputies refuse to give form

3. Second formal level: Skipped to Lvl. 3 by Admin.

Deputies refuse to give form

4. Third formal level: #2155  1-6-17 Denied, gives me one of several document requests needed for previous deadline as a "bargain."

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES ☒   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
missing grievance submissions under former Sgt Marino and refusal to collect on time, denial of form, gave grievance to Sgt Marino Jan 2017 and never seen it again   see Exh. y

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
Jewel Dyer
951 Low Gap Rd
Ukiah CA 95482

B. For each defendant, provide full name, official position and place of employment.
- Timothy Pearce, Captain of Mendocino County Jail, Official & Individual
- Mendocino County Jail Official & Individual
- Suzanne Spillner, Nurse of California Forensic Medical Group Official & Individual
- California Forensic Medical Group Official & Individual Medical Contractor
- NAPH-CARE Official & Individual Medical Contractor
- Does 1-10 Official & Individual

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

See attached A1-3

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Punitive Damages, Injunctive Relief, Preliminary Injunctive Relief, of $17,000,000.00 Nominal and attorneys Fees, Declaratory Relief, administrative Relief for irreparable damages, emotional relief, physical injury relief, mental anguish, past & future impairment to enjoy life. Plastic surgeries which Celebrities & Military Veterans can't afford. Nominal & Presumed Damages deemed legitament.

*Continued on 3A, 3B

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 06/27/18
Date

*[Signature]*
Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

## Verification

I have read the foregoing complaint and hereby verify that matters alleged theirin are true, except as to matters alleged on information & belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Ukiah, CA on 06/27/18

Signed *Jewel Dyer*
Jewel Dyer

Prisoner Complaint

—verification—
-4-

## Deliberate Medical Indifference
## Count I

1. Defendant's jail houses pretrial detainees & people convicted of crimes. Defendant is obligated by state & federal law to provide medical care for persons lodged in Mendocino County Jail.

2. Defendant by contract delegated to C.F.M.G. and Naph-care it's duty to provide medical care to pretrial detainees and persons convicted of crimes lodged in Defendant Mendocino County Jail. In exchange for a flat fee, CFMG & Naph-Care assumed all responsibility to deliver "quality medical services" to jail inmates, and further agreed to meet all applicable federal, state & local guidelines, laws & regulations. Co-Defendants CFMG & Naph-Care also agreed to pay for all inmate medical services that cannot be performed in jail, including all ambulance & hospital charges.

3. On Oct/31/14 to present Plaintiff was pretrial detained. Employees of both Mendocino County Jail, and it's Medical contracts were aware that Plaintiff suffers from a broken spine at Thoracic segment 11 and records maintained reflected this.

4. On Oct/31/14 and 03/29/16 Plaintiff was booked into Mendocino County Jail, during routine booking examinations defendants C.F.M.G. were notified of a broken spine which Plaintiff contends he is fumbling through different outside clinics and specialists to treat which causes him acute pain, light headedness, spasms, a pinched sciatic nerve, trapped mucous infections, hot flashes, sciatica, breathing impingement, sleeping limbs, dry mouth, frequent urinations, frequent water drinking, tooth decay from dry mouth, bloody mucus, constantly cracking bloody lips, and delayed scab healing. All staff did was tell Plaintiff he has a back knot and allergies and then refused medication.

5. On July/2016, after several denied visits and Inmate grievances, Plaintiff decided to bring a specimen of his bloody mucus to prove it was not allergies. C.F.M.G. Nurse Claire Teske told him "it was rust colored chewing gum in a tissue."

6. On May/2015 Plaintiff is released after one self-defense fight which hurt his back further and acquiring instantly knoticeable skin dryness and wrinkle damage from the facility water on the knuckles of hands, feet, face, & private parts. All new maladies misdiagnosed & ignored effectivly. Upon postfight X-RAY request, the technician ignored frequent reminders and x-rayed the wrong hand which wasn't visibally swollen. Back was denied.

-A1-

7. On March/29/16 to Present, Plaintiff is detained pending trial. Plaintiff has had to defend himself a few more times from other inmates with escalating back pain.

8. By 2017 skin damage from water got worse with wrinkles growing from knuckles up fingers and wrists. Plaintiff notices skin lotion significantly reduces reaction. He now suffers from permanent rashes on finger and on high traffic shower scrubbing areas. Plaintiff notices a build-up of mysterious slippery chemical in foreskin of penis that if left uncleaned 5 minutes after any shower causes a circular chemical burn induced laceration on the head of his penis. Plaintiff's knuckles on his feet also now got 'scaley' wrinkles. See Exhibit X, Z.

9. Jan/2018, despite self medicating with lotion Plaintiff's kneecaps now got severe wrinkling. Plaintiff has crowsfeet at 26 years old under his eyes. Plaintiff further exhausted grievance procedure to no avail a couple more times. Plaintiff now all of a sudden suffers Migraines at the same times every day that force him to sleep them off for hours. Plaintiff still recieves no pain medication. Sometimes Plaintiff's new heel wrinkles start bleeding in handcuffs

10. Jan/2018, Defendant Mendocino County Jail switched medical contracts from C.F.M.G. to Naph-Care and retained a couple doctors and nurses.

11. Defendants were deliberatly indifferent to Plaintiff's 8th & 14th Ammendment constitutional rights in that they:
   a. failed to provide Plaintiff with prompt medical attention
   b. Seriously aggravated Plaintiff's medical condition by denying him treatment for 2.5+ years.
   c. failed to promptly transfer Plaintiff from the jail to the Hospital for diagnosis/treatment of his Thoracic wedging at sight T-11.

12. As a direct result of the actions and inactions of defendents, Plaintiff has endured & suffered severe physical & emotional distress, his medical condition has exacerbated, he suffers migraines

1. and requires extensive plastic surgery.

13. Plaintiff has been thoroughly denied outside doctor visits due to broken jail phones and inadequate toll menus Oct 2014 to Present

14. Defendant Timothy Pearce as Captain of Mendocino County Jail is and was responsible for administrative & fiscal control, day-to-day management and enforcement of policies/rules at all times in this complaint under official capacity and individual. denying grievances.

15. Defendant Suzanne Spillner as capacity of Nurse for California Forensic Medical Group was responsible in Official & Individual capacity for not examining Plaintiff multiple occasions.

16. Defendants have failed to act and acted on grounds generally applicable to the ~~[illegible]~~ Plaintiff, making final injunctive and declaratory relief appropriate.

17. Based on the allegations above Plaintiff believes his health will continue to deteriorate if relief is not issued in the near future.

-A3-

IV. Relief (continued)

WHEREFORE, based upon the foregoing, Plaintiff prays that Judgement be entered in his favor, and against these defendants and that plaintiff be awarded:

1a. Compensatory and actual damages.
   $8,500,000.00

2a. Punitive Damages.
   $8,500,000.00

3a.        Total: $17,000,000.00

WHEREFORE Plaintiff *also* prays for relief as follows:

1a. That the court determine and enter judgement declaring that the acts omissions of the Defendants, as set forth above, violate rights secured to Plaintiffs by the ~~1st~~, ~~6th~~, ~~5th~~, 8th, ~~9th~~, & 14th, Ammendments to the United States Constitution;

2a. That upon hearing, the Court issue a preliminary and permanent injunction:

2b. Enjoining that defendants, their employees, agents, and successors in office from providing medical care and treatment to Plaintiff that is inconsistent with the standards of medical care and treatment in the State of California as a whole; & Release Plaintiff pursuant to P.~~L~~RA.

2c. Enjoining the defendants, their employees, agents, and successors in office from refusing to provide and/or delaying provisions of necessary medical treatment and care to plaintiff either at suitable and adequate facilities within Mendocino County Jail, CCC or elsewhere;

2d. Enjoining that the defendants and their successors in office from failing to instruct, supervise, and train their employees and agents in such a manner that to assure the delivery of medical care and treatment to Plaintiff is consistent with California standards.

-3A-

Relief (continued)

2e. Enjoining that defendants be relieved of duties and all valid practicing licenses be revoked.

2f. That court grants any other relief it deems fit.

3a. That the court establish a panel of independent medical experts, facility water experts, and corrections experts to regularly evaluate conditions at Mendocino County Jail and insur compliance of defendants and successors in office with the Court's orders herein.

Dated: 06/27/18

Jewel Bjx
Pro Se

-3B-



Exh-Z
Artist's Interpretation

- no earthquakes, no "wadding"
- can run fingernails down skin w/o getting caught in jagged crack & bleeding
- Symmetrical
- no crust no cracks
- tight seamless
- no scales, cracks
- all smooth
- no permanent rash
- ☆ Lush oily hands
- no cameltoe
- Before 2014 marijuana Detainment

Be.

# MENDOCINO COUNTY SHERIFF'S OFFICE   Exhibit X
## Corrections Division
951 Low Gap Road   Ukiah CA 95482-3797

## INMATE GRIEVANCE FORM

If, while in the custody of the Mendocino County Sheriff's Office - Corrections Division, you have a complaint regarding custody treatment, medical treatment, Mendocino County Jail policies and procedures, or other custody related matters you may complete this form and give it to the on-duty Corrections Deputy. This form SHALL be submitted within five (5) days after occurrence of any specific incident and/or complaint.

Every attempt will be made to resolve your grievance at the lowest possible level, however, it may be necessary to bring your grievance to higher levels for resolution.

Grievances may be filed on all matters EXCEPT decisions issued by a court.

STATE YOUR GRIEVANCE: Medical         Master ID #: 20559

Name: Jewel Dyer         Housing Assignment: d4

Location of Occurrence: Medical     Date: 03/10/17   Time: 3:20 PM

GRIEVANCE: Shower water making skin worse and worse, coughing up blood and obvious infection with sputum release. offered to cough some up for staff on demand but got told it was chewing gum? No treatment offered, deliberate inhumane indifferences, immediate contact with shower water produces urethral pain comparable to a bad papercut and it lingers. extreme wrinkling, dryness, rashes that are permanent, obviously from facility water supply. 150 back pain, no pain medications, ibuprofen causing urinations & weak bladder, deliberate refusal of pain meds and no treatment

Signature of Inmate: Jewel Dyer     Date: 03/10/17   Time: 3:26 PM

Received by: Stone     I.D.# 2735   Date: 3/10/17   Time: 1332

Form 305                - OVER -                Rev. 03/2015

# REPLY TO INMATE GRIEVANCE

**Level I - Corrections Sergeant**  Date: 3/12/17   Time: 1900

Resolution: DELIBERATE INDIFFERENCE MEANS IGNORING A PROBLEM YOU HAVE KNOWLEDGE OF. YOUR LAST 3 MEDICAL REQUESTS, WHICH SPAN THE LAST 30 DAYS, ADDRESS MUSCLE PAIN, FOR WHICH YOU WERE GIVEN MUSCLE BALM. IF YOU ARE HAVING OTHER ISSUES YOU NEED TO SUBMIT A MEDICAL REQUEST FORM.

Corrections Sergeant: Johnston   I.D.# 1446   Date: 3/12/17   Time: 2117

**Level II - Corrections Lieutenant**   Date: ____   Time: ____

Resolution: ____

Corrections Lieutenant: ____   I.D.# ____   Date: ____   Time: ____

**Level III - Corrections Division Commander**   Date: 5/8/17   Time: 1142

Resolution: YOU HAVE BEEN SEEN BY A RN 24 TIMES. YOU HAVE BEEN SEEN BY A MD 3 TIMES. BOTH TYPES OF VISITS HAVE BEEN SINCE 3/29/16. YOU CAN BE SEEN BY YOUR OWN DOCTOR AT YOUR EXPENSE.

Corrections Division Commander: ____   I.D.# 215   Date: 5/8/17   Time: 1149

Distribution: Original - Inmate
3 -Copies: "A" File......Inmate Grievance File.......Corrections Division Commander

Form 305   Rev. 03/2015



# MENDOCINO COUNTY SHERIFF'S OFFICE
## Corrections Division
951 Low Gap Road   Ukiah CA 95482-3797

## INMATE GRIEVANCE FORM

If, while in the custody of the Mendocino County Sheriff's Office - Corrections Division, you have a complaint regarding custody treatment, medical treatment, Mendocino County Jail policies and procedures, or other custody related matters you may complete this form and give it to the on-duty Corrections Deputy. This form SHALL be submitted within five (5) days after occurrence of any specific incident and/or complaint.

Every attempt will be made to resolve your grievance at the lowest possible level, however, it may be necessary to bring your grievance to higher levels for resolution.

Grievances may be filed on all matters EXCEPT decisions issued by a court.

STATE YOUR GRIEVANCE:

Master ID #: 20559

Name: Jewel Dyer

Housing Assignment: dH

Location of Occurrence: Sgt MARINO    Date: Jan 11 17   Time: 6:30

GRIEVANCE: today Percells and Marino + Rookie all collectively refused to provide some request slips and legal library request slips. Thus denying me access to the law library. It is apparent I have little to no admin. relief. Last time I complained with grievance over 3 shifts and only recieved one law library form and fell behind 2 days schedule!

Signature of Inmate: [signature]   Date: Jan 11 17   Time: 6:30

Received by: [signature]   I.D.# 2702   Date: 1-12-17   Time: 2016

Form 305                                              Rev. 03/2015
- OVER -

# REPLY TO INMATE GRIEVANCE

**Level I - Corrections Sergeant**     Date: 1/15/17     Time: 1900

Resolution: The items you requested were provided by CO Case, at your request, on 1/15/17.

Corrections Sergeant: Johnston     I.D.# 2446     Date: 1/15/17     Time: 2330

**Level II - Corrections Lieutenant**     Date: _____     Time: _____

Resolution: _____

Corrections Lieutenant: _____     I.D.# _____     Date: _____     Time: _____

**Level III - Corrections Division Commander**     Date: _____     Time: _____

Resolution: _____

Corrections Division Commander: _____     I.D.# _____     Date: _____     Time: _____

Distribution:   Original - Inmate
3 -Copies:   "A" File......Inmate Grievance File......Corrections Division Commander

Form 305                                                                                                     Rev. 03/2015

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jewel Dyer
Jewel Everen Dyer

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff: Mendocino County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Mendocino
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*: County Counsel Katherine Elliot?

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)* *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☒ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 USCA §1983, 1981, 1985
Brief description of cause: Deliberate Medical Malpractice Indifference

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 17,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 06/27/18
SIGNATURE OF ATTORNEY OF RECORD: Jewel Dyer

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

JS 44 Reverse (Rev. 11/15)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
 (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
 (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553   Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.